JAMES J. BANKS (SBN 119525)
jbanks@bw-firm.com
ROBERTA LINDSEY SCOTT (SBN 117023)
rlscott@bw-firm.com
BANKS & WATSON
901 F Street, Suite 200
Sacramento, CA 95814
(916) 325-1000
(916) 325-1004 (facsimile)

Attorneys for Defendant
MARY SUE WEAVER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:19-CV-02046-KJM-KJN |
| Plaintiff, | **STIPULATION TO CONTINUE DISCOVERY AND EXPERT WITNESS RELATED DEADLINES; ORDER [FRCP 16(B)(4)]** |
| v. | |
| MARY SUE WEAVER; NORMAN P. CREIGHTON, individually and as Trustee and Beneficiary of the Norman P. Creighton 1996 Trust; and MORTGAGE LENDER SERVICES, | THE HONORABLE KIMBERLY J. MUELLER |
| Defendants. | Complaint Filed: 10/11/19 Trial Date: Not Set |

        Plaintiff, UNITED STATES OF AMERICA ("Plaintiff"), and defendants, MARY SUE WEAVER and NORMAN P. CREIGHTON, individually and as Trustee and Beneficiary of the Norman P. Creighton 1996 Trust, (collectively "Defendants"), by and through their respective undersigned counsel respectfully submit the following Stipulation for Order to Modify Pre-Trial Scheduling Order and [Proposed] Order pursuant to FRCP 16(b)(4).  For good cause as shown herein, the parties seek an extension of 60 days of all fact and expert discovery deadlines set forth in the Pre-Trial Scheduling Order as delineated, *infra*.

# **RECITALS**

WHEREAS, this Court entered its Status (Pretrial Scheduling) Order on February 25, 2020;

WHEREAS, the Status (Pretrial Scheduling) Order recites that:

- all discovery shall be completed September 30, 2020;

- all designation of expert witnesses and expert written reports shall be served by September 30, 2020;

- expert rebuttal disclosures shall be served by October 31, 2020; and

- all expert discovery shall be completed by December 31, 2020;

WHEREAS, Defendants reside in Scottsdale, Arizona; Defendants' counsels are located in Sacramento and Mather, California; and Plaintiff's counsel is located in Fresno, California;

WHEREAS, the party's Pre-Trial Scheduling Order was entered prior to the impact of COVID-19.  The parties diligently commenced their discovery.  However, COVID-19 has impacted and has caused delay to the party's discovery, including the ability to schedule and conduct depositions;

WHEREAS, the filing deadline for dispositive motions is January 31, 2022; the extension of discovery deadlines as stipulated by the parties will not impact this cut-off date or the orderly management of the litigation;

WHEREAS, trial in this matter has not been scheduled;

WHEREFORE, the parties have met, conferred and agreed, subject to this Court's approval, to stipulate to continue the deadlines for close of fact and expert discovery for 60 days, as follows:

| Event | Current Date | New Date |
|---|---|---|
| Disclosure of Expert Witnesses | Sep. 30, 2020 | Nov. 30, 2020 |
| Supplemental Expert Disclosure | Oct. 31, 2020 | Dec. 31, 2020 |
| All Expert Discovery to be Completed | Dec. 31, 2020 | Mar. 1, 2021 |
| All Discovery to be Completed | Sep. 30, 2020 | Nov. 30, 2020 |

All other terms of the Court's February 25, 2020 Status (Pretrial Scheduling) Order to remain in effect.

SO STIPULATED.

Dated:  September ____, 2020                              BANKS & WATSON

                                                                          By: _____
                                                                          JAMES J. BANKS,
                                                                          Attorneys for Defendant
                                                                          MARY SUE WEAVER

Dated:  September ____, 2020                              WAGNER KIRKMAN BLAINE
                                                                          KLOMPARENS & YOUMANS LLP

                                                                          By: _____
                                                                          CARL BLAINE,
                                                                          Attorneys for Defendant
                                                                          NORMAN CREIGHTON

Dated:  September ____, 2020                              UNITED STATES OF AMERICA

                                                                          By: _____
                                                                          ROBIN TUBESING,
                                                                          Attorneys for Plaintiff,
                                                                          UNITED STATES OF AMERICA

## **ORDER**

GOOD CAUSE appearing therefore, IT IS SO ORDERED.

Dated:  September 14, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

weav.2046

STIPULATION TO CONTINUE DISCOVERY AND
EXPERT WITNESS RELATED DEADLINES